**FILED**

04/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0117

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 20-0117

|  |  |  |
|---|---|---|
| DEPARTMENT OF LABOR & INDUSTRY, ex rel.: David A. Stevenson, | ) ) ) ) ) | |
| Petitioner/Appellee, | ) ) | **ORDER GRANTING EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF** |
| vs. | ) ) | |
| LEPROWSE CONSTRUCTION, INC., and LEPROWSE CONTRACTING, INC., Montana Corporations action as joint employers, | ) ) ) ) ) | |
| Respondents/Appellants, | ) ) | |

PURSUANT to the Appellants' Unopposed Motion for Extension of Time to File Appellants' Opening Brief pursuant to M.R.App.P. Rule 26.1,

IT IS HEREBY ORDERED that Appellants' shall have to and including June 8, 2020, to file and serve their Opening Brief.

DATED this _____ day of April, 2020.

By _____
Clerk of the Montana Supreme Court

**ORDER GRANTING EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF--pg. 1**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 24 2020